# AMENDED CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Alexander Scott Mercurio** | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT: Yes |
| PUBLIC or SEALED: Public | CASE NUMBER: 2:24-cr-00093-DCN |
| SERVICE TYPE: Notice (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | COUNTY OF OFFENSE: Kootenai |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: Yes        Class A Misdemeanor: No
                   Class B or C Misdemeanor: No
                   (Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 2339B(a)(1) | ONE | **Attempt to Provide Material Support or Resources to a Designated Foreign Terrorist Organization** | **Up to 20 Years Imprisonment / Supervised Release for any term of years or life/ Not more than $250,000 Fine / $100 Special Assessment** |
| 18 U.S.C § 981(a)(1) 18 U.S.C. § 2461 | **FORFEITURE ALLEGATION** | **Criminal Forfeiture** | **Forfeiture of Specified Property** |

Date: April 10, 2024

Assistant U.S. Attorneys: Heather S. Patricco
David G. Robins
Justin D. Whatcott
Telephone No.: (208) 334-1211

| SERVICE INFORMATION | |
|---|---|
| *(COMPLETE APPLICABLE INFORMATION)* | |
| DEFENDANT'S NAME: | **Alexander Scott Mercurio** |
| Alias(es): | |
| DEFENDANT'S STREET ADDRESS: (*or last known address if detained) | 311 W. Wilbur Ave, Coeur d' Alene, ID 83815 |
| DEFENSE ATTORNEY: | |
| Address: | |
| Telephone No.: | |

*AGENCY and ASSISTANT U.S. ATTORNEY INFORMATION*

| | | | |
|---|---|---|---|
| INVESTIGATING AGENT: | John H. Taylor II | AUSA: | Heather S. Patricco |
| AGENCY: | Federal Bureau of Investigation | | David G. Robins |
| | | | Justin D. Whatcott |
| Telephone No.(s).: | (208) 809-0208 | Telephone No.: | (208) 334-1211 |
| (X) Federal Agency/Task Force | | ( ) State/Local Agency | |

*DEFENDANT'S PERSONAL IDENTIFICATION INFORMATION*

| | | | |
|---|---|---|---|
| PLACE OF BIRTH: | | BIRTH DATE: | May 17, 2005 |
| RACE: | Caucasian | GENDER: | Male |
| HEIGHT: | 70 inches | WEIGHT: | |
| HAIR: | Brown | EYES: | Brown |
| SSN (if applicable): | | | |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: | | | |

*OTHER INFORMATION*

| | |
|---|---|
| FBI NUMBER: or | |
| STATE ID NUMBER: | |
| INS ALIEN NUMBER: | |
| LOCATION WHERE DETAINED: | **USMS** |
| COMPLETE DESCRIPTION OF AUTO: | |
| PLACE OF EMPLOYMENT: | |
| OTHER RELATED CASES: | |
| SPECIAL INSTRUCTIONS FOR MARSHALS: | |