# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

CRIMINAL PROCEEDINGS – **Video Status Conference**

| | |
|---|---|
| Chief Judge David C. Nye | Date: **June 28, 2024** |
| Case No. 2:24-cr-00093-DCN | Deputy Clerk: Jenny Mitchell |
| Place: Pocatello, ID (via Zoom) | Reporter: Anne Bowline |
| | Time: 9:58 – 10:14   AM |

## UNITED STATES OF AMERICA v. ALEXANDER SCOTT MERCURIO

| | |
|---|---|
| Counsel for United States: | Heather Patricco & Justin Whatcott |
| Counsel for Defendant: | Steve Roberts, Carter L. Powers Beggs and Danielle Giffin (Summer Intern) |
| Classified Information Officer | W. Scooter Slade |

(X) Role called.
(X) Counsel agreed to participate via Zoom.
(X) Defense advised Defendant waived his attendance/participation in conference.
(X) Government provided update on case status and discovery status.
(X) Defense provided update on case status and discovery status.
(X) Discussion regarding SCIF reviews.
(X) Brief discussion regarding future status conferences.
(X) Conference adjourned.