Carter Powers Beggs
Federal Defenders of Eastern Washington and Idaho
601 West Riverside Ave, Suite 900
Spokane, Washington 99201
(509) 624-7606

Attorney for Alexander Mercurio

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
Hon. David C. Nye

| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Alexander Mercurio,<br><br>　　　　　Defendant. | No.  2:24-cr-93-DCN-1<br><br>**Unopposed Motion to Continue Pretrial and Trial Dates** |
|---|---|

　　　Alexander Mercurio ("Mr. Mercurio") respectfully moves the Court for a continuance to early Spring 2026 of all pretrial and trial deadlines. This is Mr. Mercurio's first request for a continuance. The Government does not object to a continuance in the above-captioned matter.

　　　On April 8, 2024, a complaint was filed charging Mr. Mercurio with Attempt to Provide Material Support to a Terrorist Organization in violation of 18 U.S.C. § 2339B. ECF No. 2. On April 10th, these charges were converted into an indictment. ECF No. 5 At Mr. Mercurio's initial appearance, he waived the issue of detention and has remained

**Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline - 1**

in custody ever since.

On May 9, 2024, this Court designated Mr. Mercurio's case as complex, continued the case by a calendar year, and set a trial date for May 5, 2025 in Coeur d'Alene. ECF No. 25. Ten months later, discovery is still being received and much still needs to be done despite the exercise of both parties' due diligence. More time is necessary for the defense to review voluminous discovery with Mr. Mercurio, consult experts, conduct legal research, research potential defenses, and otherwise prepare for trial. As such, Mr. Mercurio requests the Court continue this matter to early Spring 2025.

Assistant United States Attorney Heather Patricco and David Robins were contacted regarding the Motion to Continue. The Government has no objection to a continuance to early Spring 2026.

Additionally, on March 7, 2025, the defense met with Mr. Mercurio and he was advised of his right to a speedy and public trial and agreed that more time is required and that a case continuance is necessary.

Here, a valid basis for a trial continuance exists, and the ends of justice will be served by granting a continuance, which outweighs the interests of the public and Mr. Mercurio in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Notably, denying a continuance would not only result in a miscarriage of justice, but also deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(H)(7)(B)(i), (iv).

**Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline - 2**

Therefore, Mr. Mercurio respectfully requests that the Court take the following actions:

1) Continue all pretrial and trial deadlines in this matter to early Spring 2026;

2) Exclude all appropriate time under the Speedy Trial Act.

Dated: March 17, 2025                    Respectfully Submitted,

/s/ *Carter Powers Beggs.*
Carter Powers Beggs, WA 60065
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Carter_PowersBeggs@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Heather Patricco and David Robins, Assistant United States Attorneys.

/s/ *Carter Powers Beggs.*
Carter Powers Beggs, WA 60065
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Carter_PowersBeggs@fd.org

**Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline - 3**