UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>ALEXANDER MERCURIO,<br><br>　　Defendant. | Case No. 2:24-cr-00093-DCN<br><br>**ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL** |

　　The Court has before it Defendant's Unopposed Motion to Continue Pretrial and Trial Dates. Dkt. 29. Defense counsel explains that he needs additional time to complete his investigation, review discovery and prepare for trial. The Government does not oppose the motion.

　　Under these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

　　The statements of defense counsel establish that the trial should be continued until Spring 2026. The Court finds that the period of time between the filing of the Motion (Dkt. 29) and the new trial date is excludable time under the Speedy Trial Act.

Accordingly, IT IS HEREBY ORDERED that the Unopposed Motion to Continue Pretrial and Trial Dates (Dkt. 29) shall be, and the same is hereby **GRANTED**, and that the present trial date be VACATED, and that a new trial be set for **May 4, 2026, at 1:30 p.m.** in the U.S. Courthouse in Coeur d' Alene, Idaho.

IT IS FURTHER ORDERED that the period of time between the filing of the Motion (Dkt. 29) and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **April 21, 2026, at 4:00 p.m. (mountain time).** The Government shall place the call to (208) 478-8391 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions, except Motions in Limine, shall be filed on or before **March 20, 2026.** Motions in Limine shall be filed on or before **April 4, 2026**.

DATED: March 20, 2025

_____
David C. Nye
Chief U.S. District Court Judge