J. Stephen Roberts, Jr.
Federal Defenders of Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606

Attorneys for Alexander S. Mercurio

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
The Hon. David C. Nye

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Alexander Scott Mercurio,<br><br>　　　　　　Defendant. | No. 2:24-cr-0093-DCN-1<br><br>**Notice of Intent to Plead Guilty** |

　　　Alexander Scott Mercurio ("Mr. Mercurio") hereby notifies the Court that he intends to enter a plea of guilty *without* a plea agreement to the one-count Indictment dated April 9, 2024, (ECF No. 5), charging him with Attempt to Provide Material Support to a Designated Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B(a)(1).

Mr. Mercurio requests that the Court set his case for a change of plea hearing with the District Court at the next available Coeur d'Alene docket date.[1] He does not consent to having his change of plea taken by the Magistrate Court.

Dated:   August 25, 2025

                                            Respectfully Submitted,

                                            */s/ J. Stephen Roberts, Jr.*
J. Stephen Roberts, Jr., WA 45825
Attorneys for Alexander Scott Mercurio
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Steve_Roberts@fd.org

---

[1] Prior to the anticipated change of plea hearing, Mr. Mercurio will submit a supplement to this notice with his understanding of the requisite charge, maximum penalties, waiver of rights, offense elements, and factual basis for the plea.

**Notice of Intent to Plead Guilty - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: David G. Robins and Heather Patricco, Assistant United States Attorneys.

*/s/ J. Stephen Roberts, Jr.*
J. Stephen Roberts, Jr., WA 45825
Attorneys for Alexander Scott Mercurio
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Steve_Roberts@fd.org