BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
HEATHER S. PATRICCO, WASHINGTON D.C. BAR NO. 465883
ASSISTANT UNITED STATE ATTORNEYS
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>ALEXANDER SCOTT MERCURIO,<br><br>             Defendant. | Case No. 2:24-cr-00093-DCN<br><br>**GOVERNMENT'S FACTUAL BASIS IN SUPPORT OF CHANGE OF PLEA** |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorneys for the District of Idaho, hereby files this document containing a statement of facts supporting the Defendant's change of plea. The Defendant has filed a notice that he intends to plead guilty. (ECF No. 32). A change of plea hearing is set before this Court on October 22, 2025. (ECF No. 35).

## I.    ELEMENTS OF THE CRIME

The elements of the crime of Attempt to Provide Material Support to a Designated Foreign Terrorist Organization, as charged in Count One, are as follows:

**GOVERNMENT'S FACTUAL BASIS IN SUPPORT OF DEFENDANT'S CHANGE OF PLEA** - 1

1. The Defendant knowingly attempted to provide material support or resources to the Islamic State of Iraq and al-Sham (ISIS), a designated foreign terrorist organization; and

2. The Defendant knew that ISIS was a designated foreign terrorist organization, or that the organization had engaged or was engaging in terrorist activity or terrorism; and

3. The Defendant is a national of the United States, and the offense occurred in whole or in part within the United States.

The term "attempt" means to take a substantial step toward committing the crime. To constitute a substantial step, the Defendant's act or actions must unequivocally demonstrate that the crime will take place unless interrupted by independent circumstances. Mere preparation is not a substantial step toward committing the crime.

As relevant to this case, the term "material support or resources" means services, money (currency and monetary instruments), and personnel (1 or more individuals who may be or include the defendant), but does not include medicine or religious materials.

The term "personnel" means one or more persons, which can include the defendant's own person. However, no person can be convicted for a violation of this statute in connection with providing personnel unless that person has knowingly attempted to provide a foreign terrorist organization with one or more individuals (who may include the defendant) to work under that terrorist organization's direction or control or to organize, manage, supervise, or otherwise direct the operation of that organization. Individuals who act entirely independent of the foreign terrorist organization to advance its goals or objectives are not considered to be working under the foreign terrorist organization's direction and control. The term "terrorist organization" means

**GOVERNMENT'S FACTUAL BASIS IN SUPPORT OF DEFENDANT'S CHANGE OF PLEA** - 2

an organization designated as a terrorist organization under section 219 of the Immigration and Nationality Act.

## II. FACTUAL BASIS

If this matter were to proceed to trial, the following facts would be proven beyond a reasonable doubt:

Beginning in or around July 2022, from his residence in Coeur d'Alene, Idaho, the Defendant, using Telegram, direct messaged another Telegram user (User-2) whom the Defendant believed was a member of the Islamic State of Iraq and al-Sham (ISIS). Unbeknownst to the Defendant, the Telegram account was taken over by a government confidential human source (CHS-1) from User-2, after User-2 was believed to have died.

Thereafter, Defendant continued to communicate with CHS-1. In early 2023, Defendant created a repository for pro-ISIS content and media files. On or around March 24, 2023, Defendant provided CHS-1 with a document establishing "Lighthouse Foundation for Media Production" wherein Defendant pledged his allegiance to the leader of the Islamic State and stated that the primary purpose of the foundation was to adhere to the orders of the Islamic State and spread its doctrine. Then again on or about August 3, 2023, Defendant pledged his allegiance to the new leader of ISIS, after the death of his predecessor Abu al-Hussein al-Husseini al-Qurashi. Throughout 2023, Defendant continued to create and distribute ISIS propaganda to confidential human sources, as well as other unknown individuals.

In February 2024, Defendant informed CHS-1 that he desired to travel overseas and provide support to ISIS; however, he lacked resources. He wrote that if he doesn't have money to travel, he will "just do a home op." Then, on or about March 21, 2024, Defendant informed CHS-1 that he is thinking about jihad during the upcoming Ramadan.

On or around March 25 and 26, Defendant informed CHS-1 that he wanted to conduct an operation during Ramadan but didn't have a lot to work with, he needed to acquire weapons or tools.

Thereafter, Defendant set the date for the attack as the end of Ramadan and told an FBI Online Covert Employee (OCE-1) that he was targeting churches, and he was going to send a video to OCE-1 pledging his allegiance to ISIS and asked the video to be sent out to the ISIS Central Media Department at the time of the attack.

Over the next ten days, Defendant's plan of attack evolved. Defendant met in person with another government confidential human source (CHS-2). In late March 2024, CHS-2 provided an ISIS flag to the Defendant. Defendant showed CHS-2 Christian churches on a map and discussed the order of the targets. In early April 2024, Defendant purchased a metal pipe, two cannisters of butane fuel, lighters and hand sanitizer. Defendant told CHS-2 he planned to walk to the church, light the pipe on fire using hand sanitizer, hit people in the elbows and kneecaps, force them to the ground and slit their throats with a knife. Defendant showed CHS-2 the knife he planned to use in the attack. Defendant also planned to use the butane cannisters to create small fires/explosions.

On or about April 3, 2024, CHS-2 recorded the Defendant holding the knife in front of the ISIS flag and recorded Defendant's bay'at video, in which he pledged his allegiance to ISIS. On April 6, 2024, Defendant sent an audio recording to CHS-2 of his final bay'at video for distribution after the attack. Defendant planned for the attack to occur on Sunday morning April 7.

On April 6, 2024, Defendant was arrested and a search of his bedroom at his residence was conducted. A toolbox located in the Defendant's closet contained the following items: Metal

**GOVERNMENT'S FACTUAL BASIS IN SUPPORT OF DEFENDANT'S CHANGE OF PLEA** - 4

pipe, handcuffs, folding saw, head covering, two cannisters of butane fuel, a machete, hand sanitizer, a black Smith and Wesson fixed blade knife, binoculars, balaclava, two lighters, and a black and white ISIS flag.

The Defendant knowingly took substantial steps to provide material support or resources, that is himself as personnel, to the Islamic State (ISIS). Defendant knew that ISIS was a terrorist organization, and that ISIS had engaged or was engaging in terrorist activity or terrorism.

### III. CONCLUSION

Given the factual basis, the Government respectfully requests that this Court accept the Defendant's guilty plea.

Respectfully submitted this 15th day of October, 2025.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

/s Heather S. Patricco
Heather S. Patricco
Assistant United States Attorney

/s David G. Robins
David G. Robins
Assistant United States Attorney

**GOVERNMENT'S FACTUAL BASIS IN SUPPORT OF DEFENDANT'S CHANGE OF PLEA** - 5