# EXHIBIT B

First twenty seconds are in Arabic, following is in English

AM: I have three things to say:

The first, I pledge my allegiance to the Imam of the Muslims, the commander of the faithful, the Sheikh, the Mujahid, the Khalif, Abu Hafs al-Hashimi al-Qurashi. I pledge to selflessly hear and obey in times of ease and hardship, in matters of delight and dislike, never to disobey those in authority unless I have clear proof of kuffar from which I will have from Allah. And Allah is witness to my pledge.

The second, in obedience to Allah, I am answering the call of the Islamic State for jihad fisabillilah and to kill the polytheists wherever I find them. Know that Muslim blood is not cheap and as you kill us, you will be killed, and you will not enjoy living in this state of comfort and safety, while you and those whom you elect to represent yourselves have the blood of the Muslims of Falasteen/Falastin, Sham, Iraq, Khorasan, Yemen, Libya, and elsewhere on your hands.

The third, know o' disbelievers that your war, your crusade against Islam will not succeed. Allah said, "say to those who disbelieve, you will be overcome and gathered to hell, and wretched is the resting place." I will not live to see the day that the flag of Tawheed flutters over every land, nor the day that the entire Earth is governed by the Sharia of Allah. While, I will gladly spill my blood again and again to make that a reality.

Indeed the Islamic State remains in spite of your coalition and it will remain until the final hour by Allah's permission. And all praise is due to Allah, the lord of the worlds.