# Exhibit A

Re: Character Letter for Alexander Scott Mercurio

To: The Honorable David C. Nye, U.S. District Judge.

I am writing as the mother of Alexander Scott Mercurio, my only child. While Alexander's childhood provided material comfort, it was deeply sheltered. He was never part of the community and had no life outside our home after school. Though Idaho is a beautiful place and a haven for outdoor enthusiasts, we never experienced family time enjoying these activities together. This controlling and isolated environment ultimately cost me my marriage.

From early childhood, Alexander has loved animals, especially cats. I remember when he was about three or four years old, he saw an ASPCA commercial featuring rescued animals—some badly abused—set to Sarah McLachlan's "Angel." My son cried every time that commercial aired. He was heartbroken over those beaten, neglected, and abused animals.

I left my ex-husband's home when Alexander was fourteen and had to move back to Russia as this was the only way I was to have my freedom due to Alexandar's father made me walk away with nothing. The following school year, I was devastated to learn that his father had enrolled him in online schooling. School had been the only place where Alexander was part of something larger than himself. Taking that away left him completely isolated at home—an environment I believe was deeply unhealthy for a developing young person. I can only imagine how depressing this must have been for Alex. His desire to be part of something meaningful grew stronger and stronger. Alone in a house with no one to talk to except his father, he reached out for friendship and meaningful causes on the internet. For a naïve and sheltered teenager, this seemed like a good idea and the result is where we are today.

I will not pretend to understand how my son came to be before you today. The charges he faces represent everything I raised him to stand against—they are contrary to every value I instilled in him and every principle our family holds dear. As a mother, hearing these accusations has been devastating. I have spent countless hours trying to reconcile the son I raised with the actions he is accused of committing.

Alexander has always been a driven and young man. Throughout high school, he earned honors recognition, demonstrating not only intelligence but dedication to his studies. He carried this same work ethic into college, where he maintained a place on the Dean's List while pursuing his degree in Information Technologies. Watching him work toward his goals with such determination filled me with pride as his mother.

What I have come to understand is this: Alexander's father provided very little guidance in giving his son the tools in life to distinguish right from wrong. In his isolation and loneliness, Alexander connected with people through the dark web who deceived him—who convinced him that the choices that put him in his current situation would be for good. His compassionate heart, the same one that broke for abused animals as a small child, was manipulated by those who preyed on his desire to be part of something meaningful. If given the option to do this again, I

know with certainty that Alexander would choose the path that is right. He now sees clearly how he was deceived.

Alexander has changed significantly over the past two years. Imprisonment has opened his eyes to the real world. He now understands that life is not a video game and that every action has consequences. As sad as it sounds, he has told me that he prefers life at SeaTac to life with his father. While both environments are sheltered, the difference is that at SeaTac he communicates with people. He has conversations. He is part of something.

During my visits, we talk about his future. He plans to learn a trade—whatever he has the opportunity to learn. He wants to find a job, get married, and have many children. (This last wish surprised me; I never thought he would want a large family, perhaps because he was an only child.)

I have no doubt that Alexander will be a productive member of society. I see in him a genuine desire to start his life over. He is no longer depressed. And nothing makes you appreciate the good in life more than experiencing the bad.

Thank you for your consideration.

Respectfully,

Natalia Alexandrovna Mercurio

Scott Mercurio
[redacted]

March 10, 2026

The Honorable David C. Nye

Your Honor:

My only child, Alexander Mercurio, will be sentenced before you in May. I could never imagine that my son would find himself facing a sentence for this crime. I have always known Alex to be a quiet and kind person, and these actions are inconsistent with whom I have always known him to be.

I met Alex's mother, Natalia, over the Internet. She is Russian. We married in about 2003, and I brought her to the United States to live. Alex was born the following year.

We settled in Coeur d'Alene, Idaho, in about 2005. We lived a quiet life because I have had severe anxiety since childhood and panic disorder. I think I have obsessive-compulsive disorder, and it seems to run in my family. I don't like to leave my house unless I have too. It makes me too anxious. Right now, I am in mental health counseling and have been diagnosed with clinical depression. I do wonder if Alex has inherited the anxiety and depression that I have had most of my life.

As I was nearly always at home, I took care of Alex. I took him to and from school every day. Alex is quiet. I would describe him as kind and helpful. He didn't like how much his mother and I fought. His mother's personality was different. She would get angry easily, and in my opinion, she was often critical of Alex. I think Alex gravitated more toward me and wanted to remain with me when his mother and I divorced during his early teens, maybe because we were more alike.

Alex never had any friendships at school. It did not seem like he was being bullied, and I did see him walk into school with other kids. One time, in about the fourth or fifth grade, he had a friend come to the house. That was the only time he ever had a friend over.

Alex liked reading and was interested in history. He did a lot of video gaming like most young people these days. I did put on parental controls, but I realize they are easily removed. As Alex became a teenager, he talked with me less and less. He pretty much remained in his room, and we seldom even ate a meal together.

When he was in about 10th grade there were changes in the way he dressed and, in his diet, and it concerned me. His mother and I finally confronted him, and he admitted he had become a Muslim. This worried us, but he insisted he was going to be a Muslim. I took away his electronics for about a month and made an appointment for him to see a counselor whose input was that Alex should be allowed to pursue whichever faith he wanted. He did counseling for about a year.

Alex was a good student. Once COVID hit, the schooling situation became chaotic. Alex was still in high school and was home most of the time. I don't that was good for him and it seems like it was a very difficult time in his life. He did take some classes at North Idaho College and also had some part-time jobs and seemed to be doing well with all of that.

It would never have crossed my mind that Alex was involved in the things he apparently was. He has never shown any tendency toward violence. I would never think Alex could be capable of such behavior and it is completely unlike the son I know.

When you are deciding on Alex's sentence, I hope that you will consider his youth. He was only 18 years old when he was arrested. He has no prior criminal history. I also hope you will look at his need for mental health treatment or other forms of counseling that will address his confusion and unacceptable involvement with these terrorist aspects of Islam. Please do not send him to prison for a lengthy time. I feel certain Alex can be helped and become fully safe in the community.

Sincerely,

Scott Mercurio