# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# MINUTE ENTRY

CRIMINAL PROCEEDINGS - **Sentencing**

Judge David C. Nye
Case No. 2:24-cr-00093-DCN-1
Place: Coeur d'Alene, ID

Date: **November 10, 2026**
Deputy Clerk: Jenny Mitchell
Reporter: Anne Bowline
Time: 11:03 – 11:38 AM
Time: 11:46 – 1:40 PM
**Total Time in Court: 2 hours 29 Minutes**

**UNITED STATES OF AMERICA v. ALEXANDER SCOTT MERCURIO**

Counsel for United States: Heather Patricco, David G. Robins, and FBI SA Scott Dahlstrom
Counsel for Defendant: John Stephen Roberts, Jr. & Carter L. Powers Beggs
Probation Officer: Tonya McDonald

(X) Court reviewed case history.
(X) Defendant previously entered a plea of **GUILTY to Count One of the Indictment.**
(X) Rule 11 Plea agreement accepted.
(X) There being no objections the Court accepts the Presentence report as its own findings.
(X) Dr. Cedar O'Donnell called, sworn, and testified as a witness for Defendant.
(X) Counsel made sentencing recommendations to the Court.
(X) Government Exhibit 1 (audio file) admitted without objection.
(X) Defendant made remarks on his own behalf.
(X) Court granted 3rd level for acceptance of responsibility. Already provided for in the sentencing recommendation. Granted.

(X) **Total Combined Offense Level –** **37**
(X) **Criminal History Category –** **VI**
(X) **Guideline Range –** **240 months**

(X) Court addressed 3553(a) factors and finds there are grounds to sentence outside the guideline range as stated on the record.

**SENTENCE:**
(X) Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court, the defendant, **Alexander Scott Mercurio**, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **two-hundred sixteen (216) months.**

(X) It is further ordered the defendant shall pay to the United States $100 special assessment which shall be due immediately.
(X) The court finds the defendant does not have the ability to pay a fine. The court will waive the fine in this case.

(X) All monetary penalties are due and payable immediately, but having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

> (X) While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.
>
> (X) During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $50 per month.
>
> (X) The foregoing does not preclude collection efforts under 18 U.S.C. § 3613.

(X) Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **life**. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

(X) The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Presentence Investigation Report, as outlined in the Judgment in this case, and as otherwise stated by the Court.

(X) Defendant advised of penalties for violation of terms and conditions of supervised release.
(X) Right to appeal explained.
(X) Defendant will be credited with all time served in federal custody.
(X) It is recommended Defendant be placed at FCI Sheridan.
(X) Defendant remanded to the custody of the U.S. Marshal Service.